# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2677
_____

DERRICK D. GRIFFIN,

   Appellant,

   v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections, and FLORIDA
COMMISSION ON OFFENDER
REVIEW,

   Appellees.

_____

On appeal from the Circuit Court for Hamilton County.
William R. Slaughter, Judge.

August 21, 2018

PER CURIAM.

   AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Derrick D. Griffin, pro se, Appellant.

Mark J. Hiers, Assistant General Counsel for the Florida Commission on Offender Review, Tallahassee, for Appellees.